```
 1  KAREN P. HEWITT
    United States Attorney
 2  REBEKAH W. YOUNG
    Assistant U.S. Attorney
 3  California Bar Number 214859
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California  92101-8893
 5  Telephone: (619) 557-7179
    Facsimile: (619) 557-3445
 6
    Attorneys for Plaintiff
 7  United States of America
```

FILED
09 OCT -9 PM 3:46

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Criminal Case No. 09CR1904-L |
| v. | ) | MOTION TO UNSEAL |
|  | ) | <u>AND ORDER THEREON</u> |
| PEDRO BANDA-GAXIOLA et al., | ) | |
| Defendant. | ) | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Rebekah W. Young, Assistant United States Attorney, and hereby moves that the Indictment filed in criminal case number 09CR1904-L be unsealed.

DATED: October 9, 2009

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

REBEKAH W. YOUNG
Assistant U.S. Attorney

## O R D E R

IT IS HEREBY ORDERED that the Indictment filed in the above-captioned case be unsealed.

DATED: 10-9-09.

_____
UNITED STATES MAGISTRATE JUDGE

2